UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POWERWAND, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>HEFEI NENIANG TRADING CO., LTD., a Chinese corporation, and TAO HAN,<br><br>Defendants. | No. 2:22-cv-01413-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE PROCESS BY ALTERNATIVE MEANS |

This matter comes before the Court on Plaintiff's Motion for Leave to Serve Process by Alternative Means. Dkt. # 9. The motion is noted for tomorrow, but neither Defendant has appeared, no opposition to the motion has been submitted, and the deadline for any such opposition has passed. So the Court may rule today on the motion. Having considered Plaintiff's motion and all other matters properly before it, the Court GRANTS the motion. Pursuant to Federal Rule of Civil Procedure 4(f)(3) and within ten (10) days of this Order, Plaintiff shall (i) serve each Defendant by emailing the summons and complaint, along with a copy of this Order, to the email address identified by Defendants in the DMCA counter-notifications and (ii) file a declaration attesting that Plaintiff completed service pursuant to this Order.

DATED January 26, 2023.

*[signature: John H. Chun]*

John H. Chun
United States District Judge